# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOHARA FOWLER,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

CASE NO. C08-5564RBL-KLS

ORDER

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and recommendation [Dkt. #19], the plaintiff's response thereto [Dkt. #21], and the remaining record, does hereby find and ORDER:

(1) the Court adopts the Report and Recommendation;

(2) the ALJ erred in her decision as described in the Report and Recommendation;

(3) the matter is therefore REVERSED and remanded to the Commissioner for further administrative proceedings; and

ORDER - 1

1     (4) the Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's

2     counsel and Magistrate Judge Karen L. Strombom.

3 DATED this 29th day of May, 2009.

                                             /s/ Ronald B. Leighton
                                             RONALD B. LEIGHTON
                                             UNITED STATES DISTRICT JUDGE

ORDER - 2