United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHARA FOWLER, ) | |
| ) | CIVIL NO. 08-5564 RBL |
| Plaintiff, ) | |
| ) | ORDER FOR EAJA FEES, EXPENSES, |
| v. ) | AND COSTS. |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the undersigned by the Parties' Stipulated Motion to Award EAJA Fees, Expenses, and Costs. The Court agrees that that EAJA fees, costs, and expenses should be awarded. Therefore, it is:

ORDERED that Plaintiff is hereby awarded EAJA fees of $4943.51 and expenses of $61.91, pursuant to 28 U.S.C. §2412; and costs of $14.40, pursuant to 28 U.S.C. § 1920. The

ORDER FOR EAJA FEES, COSTS AND   EXPENSES

[C08-5564 RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101

(206) 623-0900

checks for EAJA fees and expenses, and costs should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

DATED this 7th day of July, 2009

_Ronald B. Leighton_
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH,
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES

[C08-5564 RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue Suite 1030
Seattle, WA 98101

(206) 623-0900